Kenneth **FULTON**, Movant/Appellant,

v.

**STATE of Missouri, Respondent.**

No. ED 101429

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: May 12, 2015

Lisa M. Stroup, Missouri Public Defender Office, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Dora A. Fichter, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

Kenneth Fulton (Movant) appeals the denial of his Rule 29.15 motion for post-conviction relief following his convictions for one count of first-degree assault, two counts of first-degree attempted robbery, and three counts of armed criminal action. Movant claims the motion court clearly erred by denying his post-conviction motion because trial counsel was ineffective for failing to call two alibi witnesses at trial and failing to object to evidence that one of the victims identified Movant in a physical line-up at the St. Louis County Justice Center. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that the motion court did not clearly err in denying post-conviction relief. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 84.16(b).